### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No.  13 -cr-00263-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NICOLAS VALENCIA-ALVAREZ,

    Defendant.

---

### ORDER

---

    Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 4, 2013,

    **IT IS ORDERED** that Defendant Nicolas Valencia-Alvarez is sentenced to **time served**.

    Dated:  September 4, 2013

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              ROBERT E. BLACKBURN,
                              UNITED STATES DISTRICT JUDGE